UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| VULCANIZE, INC., | : |
|                  Plaintiff, | :    21 Civ. 6440 (PAE) |
|       - against - | :    PLAINTIFF'S RULE 7.1 <u>DISCLOSURE STATEMENT</u> |
| BRANEFRAME, INC., RICH BURDON, MARCUS RYU, and WIRELINE, INC., | : |
| | : |
|                  Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff Vulcanize, Inc., a corporate entity duly organized under the laws of the State of Delaware, hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:   Cornwall-on-Hudson, New York
          July 29, 2021

                                          KARLINSKY LLC

                                          By: <u>/s/ Martin E. Karlinsky</u>
                                                Martin E. Karlinsky, Esq.
                                                Bonnie H. Walker, Esq.
                                          103 Mountain Road
                                          Cornwall-on-Hudson, New York 12520
                                          (646) 437-1430
                                          martin.karlinsky@karlinskyllc.com
                                          bonnie.walker@karlinskyllc.com

                                          *Attorneys for Plaintiff*