# ATTACHMENT TO AO 121 -REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

| 6. COPYRIGHT REGISTRATION NO. | 7. TITLE OF WORK | 8. AUTHOR OF WORK |
|---|---|---|
| 6  TX 8-966-603 | Wes Notes | VULCANIZE, INC. |
| 7  TX 8-966-608 | Vulcanize Design Mechanism | VULCANIZE, INC. |
| 8  TX 8-966-613 | Introduction to the Wireline Network Mechanism and Economics | VULCANIZE, INC. |
| 9  TX 8-966-617 | Critical Path Proposals for DxOS | VULCANIZE, INC. |