AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL REGARDING A<br>COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| 1. [X] ACTION  [ ] APPEAL | COURT NAME AND LOCATION<br>U.S. District Court for the Southern District of New York<br>500 Pearl Street, NY NY 10007 |
|---|---|
| 2. DOCKET NO. 21-cv-06440     3. DATE FILED  7/29/2021 | |
| 4. PLAINTIFF<br>VULCANIZE, INC. | 5. DEFENDANT<br>BRANEFRAME, INC., et al. |

| 6. COPYRIGHT REGISTRATION NO. | 7. TITLE OF WORK | 8. AUTHOR OR WORK |
|---|---|---|
| 1  TX 8-966-577 | WPS QUICK SPEC | Vulcanize, Inc. |
| 2  TX 8-966-579 | WIRELINE WHITEPAPER | Vulcanize, Inc. |
| 3  TX 8-966-581 | VULCANIZE-WIRELINE REGISTRY MECHANISM | Vulcanize, Inc. |
| 4  TX 8-966-588 | WIRELINE PAYMENTS NETWORK | Vulcanize, Inc. |
| 5  TX 8-966-600 | WIRELINE INSURANCE | Vulcanize, Inc. |