AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| VULCANIZE, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21 Civ. 06440 (PAE) |
| BRANEFRAME, INC., RICH BURDON, DXOS ) | |
| FOUNDATION, MARCUS RYU and WIRELINE, INC., ) | |
| *Defendant* | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants BraneFrame, Inc., Rich Burdon, Marcus Ryu and Wireline, Inc.  All rights and defenses, including but not limited to personal jurisdiction, are reserved.

Date: September 21 2021

/s/ R. Zachary Gelber
*Attorney's signature*

R. Zachary Gelber, NY Bar 4052387
*Printed name and bar number*

Gelber & Santillo PLLC
347 W 36th Street, Ste. 805, New York, NY 10018
*Address*

zgelber@gelbersantillo.com
*E-mail address*

212-227-4743
*Telephone number*

212-227-7371
*FAX number*