UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| VULCANIZE, INC., | : |
|                           Plaintiff, | :   21 Civ. 06440 (PAE) |
|        - against - | :   STIPULATION AND ORDER |
| BRANEFRAME, INC., RICH BURDON, DXOS FOUNDATION, MARCUS RYU, and WIRELINE, INC., | : |
|                       Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, who are counsel to plaintiff and counsel to certain defendants—Braneframe, Inc., Rich Burdon, Marcus Ryu, and Wireline, Inc.—in this action, and subject to the approval of the Court, that (a) plaintiff may forthwith file the attached first amended complaint, adding claims and adding Dxos Foundation as a party defendant, notwithstanding that more than twenty-one (21) days have lapsed since the commencement of this action, and (b) the time for defendants Braneframe, Inc., Rich Burdon, Marcus Ryu, and Wireline, Inc. to answer or otherwise respond to the first amended complaint shall be extended to and including a date that is sixty (60) days after the date that such amended complaint is filed. All of Defendants' rights and defenses, including jurisdictional defenses, are explicitly reserved. This stipulation may be executed in one or more counterparts all of which together shall constitute an original of one and the same instrument. This stipulation may be delivered by exchange of electronic signatures of the parties transmitted by facsimile, by electronic mailing of portable data files, or by a recognized digital transaction

platform, and any such delivery shall have the same effect as delivery of originally executed signatures.

Dated: Cornwall-on-Hudson, New York
September 20, 2021

        KARLINSKY LLC

        By:   /s/ Martin E. Karlinsky
            Martin E. Karlinsky, Esq.
        103 Mountain Road
        Cornwall-on-Hudson, New York 12520
        (646) 437-1430
        martin.karlinsky@karlinskyllc.com

        *Attorneys for Plaintiff*

        GELBER & SANTILLO PLLC

        By:/s/R. Zachary Gelber
            R. Zachary Gelber, Esq.
        347 West 36th Street, Suite 805
        New York, NY 10018
        (212) 227-4743
        zgelber@gelbersantillo.com

        *Attorneys for defendants Braneframe, Inc., Wireline, Inc., Rich Burdon and Marcus Ryu*

SO ORDERED:

*Paul A. Engelmayer* (signature)
U.S.D.J.
09/23/2021