# EXHIBIT F

# Certificate of Registration



Thi  Certificate issued under the seal of the Copyright Offic  in accordance with title 17, U  ted States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**TX 8-966-603**

**Effective Date of Registration:**
April 28, 2021

**Registration Decision Date:**
May 27, 2021



## Title

**Title of Work:** WES Notes

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 08, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Vulcanize, Inc.
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Vulcanize, Inc.
244 Fifth Avenue, #D281, New York, NY, 10001

## Rights and Permissions

**Organization Name:** Butzel Long
**Name:** Jennifer Ann Dukarski
**Email:** dukarski@butzel.com
**Telephone:** (734)213-3427
**Address:** 301 East Liberty
Suite 500
A  n Arbor, MI 48104 United States

## Certification

**Name:** Jennifer Dukarski
**Date:** April 28, 2021

# WES Notes

# Rick Dudley

# January 8, 2020

1. Developers publish git repo to WNS
    a. The repo contains code that is in some way used to provide network services.
2. An initial instance on the service is deployed presumably by the developers, called The Developer's Instance
3. Developers attract the attention of investors. (Maybe investors are looking at commit velocity or something, but more likely just personal interactions with devs.)
4. Developers and investors decide how the initial offering should work.
    a. It's important to note that discussion of the offering happens *after* the code has already been published AND the developers have operated the first instance of the service.
    b. The developer's instance already has some end user traction and users are exchanging WUSD for access to the service.
    c. The balancer instance is specified:
        i. *n* developers get tokens without exchanging assets into the balancer.
        ii. Which assets the balancer accepts and in what relation to each other is specified in the balancer.
        iii. Governance concerning the changing of the balancer parameters is specified.
        iv. Feature and Verifiable Usage milestones are defined:
            1. When Milestones are hit, the balancer releases assets from the curve to developers
    d. The balancer instance is deployed:
        i. Investors buy into the curve.
        ii. (DEPENDING ON THE MECHANISMS OF THE SERVICE) The balancer maintains the WUSD price of the service while adjusting the WUSD|ST price and the ST|Service price such that ST holders get discounted service
        iii. Everyone must now access the service via the ST instead of WUSD, this transition is made seamless by the balancer.