# EXHIBIT G

# Certificate of Registration



Thi Certificate issued under the seal f the Copyright Office in accordan with title 17, n'ted S es Code, a ests that registra on has been made for the work identified below. he information on this erti cate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United State Register of Copyrights and Director

**Registration Number**
**TX 8-966-608**

**Effective Date of Registration:**
April 28, 2021
**Registration Decision Date:**
May 27, 2021

## Title

    **Title of Work:**  Vulcanize Design Mechanism

## Completion/Publication

    **Year of Completion:**  2019
    **Date of 1st Publication:**  December 1, 2019
    **Nation of 1st Publication:**  United States

## Author

-     **Author:**  Vulcanize, Inc.
    **Author Created:**  text
    **Work made for hire:**  Yes
    **Citizen of:**  United States

## Copyright Claimant

    **Copyright Claimant:**  Vulcanize, Inc.
    244 Fifth Avenue, #D281, New York, NY, 10001

## Rights and Permissions

    **Organization Name:**  Butzel Long
    **Name:**  Jennifer Ann Dukarski
    **Email:**  dukarski@butzel.com
    **Telephone:**  (734)213-3427
    **Address:**  301 East Liberty
    Suite 500
    Ann Arbor, MI 48104 United States

## Certification

**Name:** Jennifer Dukarski
**Date:** April 28, 2021

# Vulcanize Design Mechanism Slides

# Rick Dudley

# December 11, 2019

# High-level design goals

- Security
- Legal Compliance
- Accessibility
- Stability / Predictability
- Utilization
- Value Accrual

# Security

- Use of tendermint consensus
- Ethereum anchor (optimistic rollup)
  - Initial WIRE issuance
  - Treasury holdings
  - Exchange
  - Final settlement of all Wireline blockchain transactions / state updates
- Wide value distribution
  - Ethereum bonding curve contract to price the network and allow permissionless purchase
  - Foundation grants
  - Validator block rewards
  - Game of stakes
- Explicit Governance
  - Around codebase
  - Operational parameters
  - Legal structure of Wireline Foundation
- Continued funding software development

# Legal Compliance

- Immediate proof of use for investors and team
- VDF challenge ensures utility
- Project token issuers responsible for KYC/AML, or for outsourcing
- Exchange processors must get money transmission licenses
- Listing of exchange pairs occurs on a per-jurisdiction basis, up to service providers to adhere to local regulations

## Accessibility

- Bonding curve on-ramp
- Liquid market to convert between ETH, DAI, etc.
- Fee abstraction via WUSD
- Distribute to investors etc.

# Stability / Predictability

- Fixed supply schedule
- Built-in liquidity provider to reduce thin market volatility
- Stable pricing via WUSD

# Utilization

- Fixed supply
- Unstake challenge
  - Ensures wide distribution of holders are contributing to consensus
  - Unstaked tokens require extra overhead / risk - used for transactional purposes only
- Block rewards subsidize initial validation and service provision
- Foundation grants subsidize initial app development

| Actors | Needs | How to meet these needs |
|---|---|---|
| Users | • Valuable services<br>• Simple, low-risk transaction lifecycle<br>• Reasonable, predictable costs | • Funding developers to make services<br>• Predictable issuance<br>• WUSD rollout<br>• Governance rights / Equity |
| Developers | • Low platform risk<br>• Low startup time & capital<br>• Friendly development environment<br>• Documentation & support<br>• Opportunities for monetization | • dxOS independent governance<br>• Foundation grants<br>• Project tokens |
| Service Providers | • Startup time & capital<br>• Service demand and tx rate | • Foundation grants<br>• Block reward |
| Validators | • Startup time & capital<br>• Transaction demand | • Block reward<br>• Transaction fees |
| Foundation | • Must satisfy some amount of all other needs<br>• Legal & administrative infrastructure<br>• Treasury | • Accountable governance<br>• Dispersal mechanism<br>• Block reward |
| Investors | • Return on investment | • Influencing the Wireline Foundation<br>• Delegating to specific validators<br>• Voting on proposals |
| Market Makers | • Positive return over long time horizon | • Reasonable transaction fee<br>• Ensuring WIRE has real service value |