# EXHIBIT I

# Certificate of Regist ation



Thi  Certificate i sued under the seal of the Copyright
Office in a  rdance with title 17, *United States Code*,
a tests that registra on has been made for the work
identified below.  e information on this certifi te has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# TX 8-966-617

**Effective Date of Registration:**
April 28, 2021
**Registration Decision Date:**
May 27, 2021

## Title

| | |
|---|---|
| **Title of Work:** | Critical Path Proposals for DxOS |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | July 11, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Vulcanize, Inc. |
| **Author Created:** | text |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Vulcanize, Inc. |
| | 244 Fifth Avenue, #D281, New York, NY, 10001 |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Butzel Long |
| **Name:** | Jennifer Ann Dukarski |
| **Email:** | dukarski@butzel.com |
| **Telephone:** | (734)213-3427 |
| **Address:** | 301 East Liberty |
| | Suite 500 |
| | Ann Arbor, MI 48104 United States |

## Certification

**Name:**   Jennifer Dukarski
**Date**:   April 28, 2021

# Critical Path Proposals for DxOS

## Rick Dudley

## June 11, 2020

1. **Critical path proposals for DxOS**
   a. CODE
      i. Add decentralized versions of existing dapps
         1. Ethereum
            a. Uniswap
            b. Mycrypto
            c. ENS Manger
         2. Lightning
         3. Bitcoin
         4. Cosmos (this is more tricky)
         5. Handshake
         6. Tezos
      ii. Bot/Server/Lambda support
         1. Docker container wrapper
            a. This was probably discussed before and should be revisited
         2. ARM64 build cluster
            a. https://github.com/icecc/icecream#i-use-distcc-why-should-i-change
         3. X86 build cluster
         4. Lichess
            a. Servers
               i. https://github.com/ornicar/lila
               ii. https://github.com/ornicar/lila-ws
               iii. https://github.com/lichess-org/api
               iv. https://github.com/ornicar/scalachess
               v. More here: https://github.com/ornicar?tab=repositories
            b. Clients
               i. https://github.com/ornicar/chessground
         5. Jitsi video servers
         6. Chat archives
            a. Write our own bots
         7. Forums
            a. https://github.com/discourse/discourse
      iii. Blockchain node support (the minimum amount of data that allows for local verification)
         1. Maybe use vDB here for light client support?
         2. Bitcoind/btcd
         3. lnd/lightningd
         4. go-ethereum
         5. Gaiad
         6. hnsd (Handshake)
      iv. Support other decentralized project communities
         1. Scrap github
            a. https://github.com/topics/distributed?o=desc&s=stars
            b. https://github.com/topics/decentralized?o=desc&s=stars
            c. https://github.com/topics/peer-to-peer?o=desc&s=stars

      2. <mark>Radicle</mark>
      3. IPFS
          a. Explorers
             i. Use the stock ones with some patches
          b. Publishing
             i. We can probably just do this with the existing system
          c. OrbitDB?
      4. Textile
   v. Caches of popular data
      1. Wikipedia
      2. sci-hub
      3. internet archive
b. Process
   i. Clear messaging
      1. Internal
      2. external
   ii. Build processes
   iii. Clear plan for separating teams
c. Standing issues
   i. Validators are not p2p app developers
   ii. Validators provide a very bespoke p2p service
   iii. we need to grow an ecosystem of p2p service/lambda infra providers
      1. Improving wire machine cloud provider support helps with this
      2.
d. Use-Case
   i. Support p2p app developers
      1. this requires us having a functional hosting, building, and publishing infrastructure, which we need for ourselves
   ii. Support blockchain users that wish to preserve their privacy (many of whom are developers)
   iii. Support p2p app users