UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

| | | |
|---|---|---|
| VULCANIZE, INC., | : | |
| Plaintiff, | : | 21 Civ. 06440 (PAE) |
| - against - | : | <u>NOTICE OF DISMISSAL</u> |
| BRANEFRAME, INC., RICH BURDON, DXOS FOUNDATION, MARCUS RYU, and WIRELINE, INC., | : : | |
| Defendants. | : | |

------------------------------------- x

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Vulcanize, Inc. hereby dismisses the within-captioned action, with prejudice and without costs as to any party.

Dated: Cornwall-on-Hudson, New York
       October 26, 2021

    KARLINSKY LLC

    By: <u>/s/ Martin E. Karlinsky</u>
        Martin E. Karlinsky, Esq.
    103 Mountain Road
    Cornwall-on-Hudson, New York 12520
    (646) 437-1430
    martin.karlinsky@karlinskyllc.com

    *Attorneys for Plaintiff Vulcanize, Inc.*