AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  DATE FILED<br>21-CV-06440  7/28/2021 | United States District Court<br>for the Southern District of New York<br>40 Foley Square, New York, NY 10007 |
| PLAINTIFF<br>VULCANIZE, INC. | DEFENDANT<br>BRANEFRAME, INC., et al. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | TX 8-966-577 | WPS QUICK SPEC | Vulcanize, Inc. |
| 2 | TX 8-966-579 | WIRELINE WHITEPAPER | Vulcanize, Inc. |
| 3 | TX 8-966-581 | VULCANIZE-WIRELINE REGISTRY MECHANISM | Vulcanize, Inc. |
| 4 | TX 8-966-588 | WIRELINE PAYMENTS NETWORK | Vulcanize, Inc. |
| 5 | TX 8-966-600 | WIRELINE ISSUANCE | Vulcanize, Inc. |

*SEE ATTACHMENT FOR MORE COPYRIGHT REGISTRATIONS

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☒ Yes  ☐ No | 10/26/2021 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| s/Ruby J. Krajick | s/K.Mango | 10/26/2021 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# ATTACHMENT TO AO 121 -REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

| 6. COPYRIGHT REGISTRATION NO. | 7. TITLE OF WORK | 8. AUTHOR OF WORK |
|---|---|---|
| 6  TX 8-966-603 | Wes Notes | VULCANIZE, INC. |
| 7  TX 8-966-608 | Vulcanize Design Mechanism | VULCANIZE, INC. |
| 8  TX 8-966-613 | Introduction to the Wireline Network Mechanism and Economics | VULCANIZE, INC. |
| 9  TX 8-966-617 | Critical Path Proposals for DxOS | VULCANIZE, INC. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| VULCANIZE, INC., | : | |
| Plaintiff, | : | 21 Civ. 06440 (PAE) |
| - against - | : | NOTICE OF DISMISSAL |
| BRANEFRAME, INC., RICH BURDON, DXOS FOUNDATION, MARCUS RYU, and WIRELINE, INC., | : : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Vulcanize, Inc. hereby dismisses the within-captioned action, with prejudice and without costs as to any party.

Dated: Cornwall-on-Hudson, New York
October 26, 2021

                                             KARLINSKY LLC

                                             By:     /s/ Martin E. Karlinsky
                                                       Martin E. Karlinsky, Esq.
                                             103 Mountain Road
                                             Cornwall-on-Hudson, New York 12520
                                             (646) 437-1430
                                             martin.karlinsky@karlinskyllc.com

                                             *Attorneys for Plaintiff Vulcanize, Inc.*